## FIDELITY–PHILADELPHIA TRUST COMPANY, Alleged Trustee and Transferee, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

## Samuel T. BODINE, Alleged Transferee and Donee, v. SAME.

Nos. 8747, 8748.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 12, 1945.

Decided Feb. 14, 1945.

H. Ober Hess, of Philadelphia, Pa. (William R. Spofford and Ballard, Spahr, Andrews & Ingersoll, all of Philadelphia, Pa., on the brief), for petitioners.

Helen Goodner, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, A. F. Prescott, and Irving R. Panzer, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before PARKER and GOODRICH, Circuit Judges, and BARD, District Judge.

PER CURIAM.

The decision of the Tax Court, 3 T.C. 670, as against the trustee is affirmed on authority of Baur v. Commissioner, 3 Cir., 145 F.2d 338; Fidelity Trust Co. v. Commissioner, 3 Cir., 141 F.2d 54. We think, also, that as against the beneficiary of the trust it should be affirmed. See Commissioner v. Hart, 3 Cir., 106 F.2d 269, 271. It is not necessary to discuss the latter

proposition at length, since the judgment against the trustee renders the judgment against the beneficiary unimportant in this case.

Affirmed.